UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81751-WPD

DANIEL LUGO,

       Plaintiff,

v.

MANAGER 205, LLC,

       Defendant.

_____ /

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/Justin C. Sorel |
| DREW M. LEVITT | JUSTIN C. SOREL |
| Florida Bar No. 782246 | Florida Bar No. 0016256 |
| drewmlevitt@gmail.com | justin.sorel@csklegal.com |
| Lee D. Sarkin, Esq. | COLE SCOTT & KISSANE, P.A. |
| Florida Bar No. 962848 | 222 Lakeview Avenue, Suite 120 |
| lsarkin@aol.com | West Palm Beach, Florida 33401 |
| 4700 N.W. Boca Raton Boulevard | Telephone (561) 383-9203 |
| Suite 302 | Attorneys for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |